Warren v. Paul et al.

in and through State official agencies and institutions. When thus acting, they are not acting under the jurisdiction nor within the power of the *United States;* not acting as subjects of that government; not within its sphere of power over them; and neither they nor their proceedings are subject to interference from the *United States.* Can Congress regulate, or prescribe the taxation of, costs in a State Court? The Federal government may tax the Governor of the State, or the clerk of a State Court, and his transactions as an indi-vidual, but not as a State officer. This must be so, or the State may be annihilated at the pleasure of the Federal government. The Federal government may, perhaps, take, by taxation, most of the property in a State, if exigencies require, but it has not a right, by direct or indirect means, to annihilate the functions of the State government.

*Per Curiam.*—The judgment below is reversed, with costs. Cause remanded, &c.

*Robert Lowry,* for the appellant.

*John H. Baker,* for the appellee.

---

WARREN *v.* PAUL *et al.*

APPEAL from the *Elkhart* Common Pleas.

*Per Curiam.*—The judgment in this case is reversed with costs, cause remanded, &c., for the reasons given in *Warren* v. *Paul,* at this term, the same questions being involved in both cases.

*Robert Lowry,* for the appellant.

*John H. Baker,* for the appellee.